UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNELL W., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 21cv2034-MDD <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** <br><br> [ECF No. 3] |

On December 3, 2021, Arnell W. ("Plaintiff") filed this social security appeal pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), challenging the denial of Plaintiff's application for Supplemental Security Income benefits. (ECF No. 1). Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). (ECF No. 3). For the reasons set forth herein, the Court **GRANTS** Plaintiff's motion to proceed IFP.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $402.[1]  *See* 28 U.S.C. § 1914. An action may proceed

---

[1] In addition to the $350.00 statutory fee, civil litigants must pay an additional administrative fee of $52.00.  *See* 28 U.S.C. § 1914(b) (Judicial Conference Schedule of

1

despite plaintiff's failure to prepay the entire fee only if plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  "To proceed [IFP] is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).  A party need not be completely destitute to proceed IFP.  *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

Here, Plaintiff's affidavit sufficiently shows he is unable to pay the fees or post securities required to maintain this action.  Plaintiff declares he has had no employment for at least the past two years and has no money in bank accounts or in any other financial institution.  (ECF No. 3 at 2).  Plaintiff attests that he does not own anything valuable, and his only monthly income is $210 in food stamps.  (*Id.* at 2-3).  Plaintiff estimates that he spends $210 each month on food and explains that his family provides for his shelter and other daily needs.  (*Id.* at 4-5).

Plaintiff's affidavit sufficiently demonstrates an inability to pay the required filing fee without sacrificing the necessities of life.  *See Adkins*, 335 U.S. at 339-40.  Accordingly, the Court **GRANTS** Plaintiff's motion to proceed IFP.  Additionally, the Court has reviewed Plaintiff's complaint and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

Dated:   December 6, 2021

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge

---

Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)).  The additional $52.00 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*